# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2766
Lower Tribunal No. 2023-CA-001996

_____

TIGE THOMPSON,

Appellant,

v.

CITY OF MARCO ISLAND,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and PRATT, JJ., concur.


Luis M. Fuste, of Fuste Law P.A., Coral Gables, for Appellant.

Blayne Yudis and Edward G. Guedes, of Weiss Serota Helfman Cole & Bierman, P.L, Coral Gables, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED